IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. KARSNER, IV<br><br>    Petitioner<br><br>v.<br><br>ROBERT WOOD<br><br>and<br><br>FINRA<br><br>    Respondents | Civil Action No.: 1:07-CV-01840-RMC |

**ENTRY OF APPEARANCE**

Dear Clerk:

    Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority, Inc. ("FINRA"), as additional counsel for the defendant, FINRA, in the above-captioned case.

                              Respectfully submitted,

                              /s/
                              Betty G. Brooks, FL Bar No. 0611603
                              Associate General Counsel
                              Financial Industry Regulatory
                              Authority, Inc.
                              1735 K Street, N.W.
                              Washington, D.C. 20006
                              Telephone (202) 728-8288
                              Facsimile (202) 728-8894

/s/
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Facsimile (202) 728-8894

Attorneys for Defendant,
Financial Industry Regulatory
Authority, Inc.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 16th day of October, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

    Richard J. Magid
    Whiteford, Taylor & Preston
    7 Saint Paul Street
    Baltimore, MD   21202

    George S. Mahaffey
    Goodell, DeVries, Leech & Dann, L.L.P.
    One South Street, 20th Floor
    Baltimore, MD  21202

    and

    William B. Young, Jr.
    Colling, Gilbert, Wright & Carter
    2301 Maitland Center Parkway, Suite 240
    Maitland, FL  32751

.                                                  /s/_____
                                                             Betty G. Brooks