**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina  28612

      Petitioner

v.

ROBERT WOOD
9128 John H. Mosby Highway
Upperville, Virginia  20184

Serve on:
William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida  32751

and

FINRA
1735 K Street, N.W.
Washington, D.C.  20006

      Respondents

Civil Action No.:

**07 1840**

**ORDER**

Having considered Petitioner's Petition to Confirm Arbitration Award and after considering the record as a whole, it is this _19_ day of _October_ 2007, hereby:

**ORDERED** that Petitioner's Petition to Confirm Arbitration Award shall be and is **GRANTED** and that the Stipulated Award entered in the NASD action styled *Wood v. Legacy et al.*, NASD No.:  04-06266 is confirmed thereby granting all relief set forth in the Stipulated Award.

Judge, United States District Court for the
District of Columbia